UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE SUBPOENA ISSUED TO INTEL CORPORATION

Case No. 19-mc-80038-KAW

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 7

On February 22, 2019, Qualcomm Inc. filed an administrative motion to file under seal. (Dkt. No. 7.) Qualcomm sought to file under seal information Intel Corporation had designated as confidential or highly confidential. Per Local Rule 79-5(3), when "the Submitting Party is seeking to file under seal a document designated as confidential by the opposing party . . . (1) [w]ithin 4 days of the filing of the Administrative Motion to File Under Seal, the Designating Party must file a declaration as required by subsection 79-5(d)(1)(A) establishing that all of the designated material is sealable."

Intel's declaration was due by February 26, 2019. As of the date of this order, Intel has not filed a declaration. Indeed, on February 28, 2019, Intel withdrew its own motion to file under seal, stating that the information it had sought to seal actually related to a released product, rather than a future one. (Dkt. No. 13 at 2.) Qualcomm's motion to file under seal appears to be related to similar information that Intel no longer seeks to file under seal. Accordingly, Intel is ORDERED, on or before **March 4, 2019**, to: (1) file the required declaration establishing that the designated information is sealable or stating that sealing is not necessary, and (2) respond to this order to show cause by explaining why it did not file a timely declaration. Failure to complete both tasks by March 5, 2019 will result in the Court denying Qualcomm's motion to file under

seal.

IT IS SO ORDERED.

Dated: February 28, 2019

_____
KANDIS A. WESTMORE
United States Magistrate Judge