WILMER CUTLER PICKERING
  HALE AND DORR LLP
Mark D. Selwyn (SBN: 244180)
mark.selwyn@wilmerhale.com
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Joseph J. Mueller (MA Bar No. 647567)
appearing *pro hac vice*
joseph.mueller@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone: 617-526-6000
Facsimile: 617-526-5000

Nina S. Tallon (DC Bar No. 479481)
appearing *pro hac vice*
nina.tallon@wilmerhale.com
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: 202-663-6000
Facsimile: 202-663-6363

*Attorneys for Intel Corporation*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE SUBPOENA ISSUED TO: Intel Corporation<br><br>In the Case of:<br><br>QUALCOMM INCORPORATED,<br><br>    Plaintiff,<br><br>v.<br><br>APPLE INCORPORATED,<br><br>    Defendant. | Case No. 4:19-mc-80038-KAW<br><br>Pending in S.D. Cal: *Qualcomm Incorporated v. Apple Inc.,* Case No. 3:17-CV-02398-DMS-MDD<br><br>**[PROPOSED] ORDER GRANTING INTEL CORPORATION'S ADMINISTRATIVE MOTION TO SEAL CONFIDENTIAL INFORMATION PURSUANT TO L.R. 7-11 & 79-5.** |

Before the Court is Intel Corporation's ("Intel")'s Administrative Motion to Seal Confidential Information Pursuant to Local Rules 7-11 and 79-5 ("Motion").  After reviewing the Motion, the Declaration of Mark Selwyn in Support of Intel's Motion, and having determined that public disclosure of the confidential information that is the subject of the Motion would harm Intel, and finding good cause to seal that information, *see Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006) (quoting *Foltz v. State Farm Mutual Auto. Insurance Company*, 331 F.3d 1122, 1135 (9th Cir. 2003)), Intel's Motion to seal the following portions of Exhibit J to the Declaration of Mark D. Selwyn in Support of Intel Corporation's Reply in Support of its Motion to Quash Qualcomm's Deposition Subpoena ("Selwyn Declaration") is GRANTED.

- Selwyn Declaration, Exhibit J (Excerpts from the Deposition Transcript of Werner Schelmbauer (May 2, 2018)): highlighted portions on pages 22-26, 35-61, 72, 130-132, 166-169.[1]

Dated: March __7__, 2019

*Kandis Westmore*
The Honorable Kandis A. Westmore

---

[1] These page numbers reflect the page numbers in the original document (in the upper right-hand corner) and not the CM/ECF page numbers.