UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SUBPOENA ISSUED TO Intel Corporation,<br><br>In the Case of:<br><br>QUALCOMM INCORPORATED,<br>       Plaintiff,<br>       v.<br><br>APPLE INCORPORATED,<br>       Defendant. | Case No. 19-mc-80038-KAW<br><br>**ORDER REQUIRING JOINT SUPPLEMENTAL BRIEFING**<br><br>Re: Dkt. No. 1 |

On February 8, 2019, Intel Corporation filed a motion to quash a deposition subpoena issued by Plaintiff Qualcomm, Inc. (Dkt. No. 1.) On March 11, 2019, Qualcomm, Inc. filed a motion to compel compliance with the same deposition subpoena. (Case No. 19-mc-80057-KAW, Dkt. No. 1.) The March 11, 2019 motion to compel appears to narrow the scope of the deposition subpoena, and is therefore narrower than the motion to quash. Accordingly, the Court ORDERS the parties to file a joint supplemental brief, by **April 18, 2019**, identifying what specific issues still need to be addressed in the motion to quash that would not be resolved by a ruling on the motion to compel. The brief shall be no more than three pages.

IT IS SO ORDERED.

Dated: April 10, 2019

_____
KANDIS A. WESTMORE
United States Magistrate Judge