WILMER CUTLER PICKERING
 HALE AND DORR LLP
Mark D. Selwyn (SBN: 244180)
mark.selwyn@wilmerhale.com
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Intel Corporation*

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Patrick D. Curran (SBN: 241630)
patrickcurran@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Qualcomm Incorporated*

*[Additional counsel identified on signature page]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SUBPOENA ISSUED TO:<br>Intel Corporation<br><br>In the Case of:<br><br>QUALCOMM INCORPORATED,<br>　　　　　Plaintiff,<br>v.<br>APPLE INCORPORATED,<br>　　　　　Defendant. | Case No. 4:19-mc-80038-KAW<br><br>Pending in S.D. Cal: *Qualcomm Incorporated v. Apple Inc.,* Case No. 3:17-CV-02398-DMS-MDD<br><br>**JOINT SUBMISSION REGARDING QUALCOMM'S SUBPOENA TO INTEL** |

Case No. 4:19-mc-80038-KAW　　　　Joint Submission Regarding Qualcomm's Subpoena to Intel

On April 10, 2019, the Court issued an Order instructing Qualcomm Incorporated ("Qualcomm") and Intel Corporation ("Intel") to file a joint supplemental brief, by April 18, 2019, concerning Intel and Qualcomm's respective motions relating to Qualcomm's January 18, 2019 subpoena to Intel issued in *Qualcomm Incorporated. v. Apple Inc.*, Case No. 3:17-CV-02398 (the "2398 Action").

On April 17, 2019, Qualcomm and Apple announced a settlement that encompasses the 2398 Action. The parties to the 2398 Action expect to file a stipulation of dismissal imminently.

Accordingly, the parties respectfully request that the hearing currently scheduled for May 2, 2019 be vacated and that all dates and deadlines be continued. The parties further request that they be allowed to provide a further status update by April 29, 2019, at which time they expect that the underlying litigation will have been dismissed in accordance with the settlement agreement.

Dated: April 18, 2019

By: */s/ Mark D. Selwyn*

WILMER CUTLER PICKERING
 HALE AND DORR LLP
Mark D. Selwyn (SBN: 244180)
mark.selwyn@wilmerhale.com
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Joseph J. Mueller (*pro hac vice*)
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 617-526-5000

Nina S. Tallon (*pro hac vice*)
1875 Pennsylvania Ave., N.W.
Washington, DC 20006
Telephone: (202) 663-6000

| Case No. 4:19-mc-80038-KAW | 1 | Joint Submission Regarding Qualcomm's Subpoena to Intel |

Facsimile: (202) 663-6363

*Attorneys for Intel Corporation*


By: */s/ Michelle A. Clark*

QUINN EMANUEL URQUHART & SULLIVAN LLP
Michelle A. Clark (SBN 243777)
michelleclark@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Andrew M. Holmes (Bar No. 260475)
drewholmes@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 443-3100

Patrick D. Curran (Bar No. 241630)
patrickcurran@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Zachariah Summers (Bar No. 255384)
zachsummers@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Qualcomm Incorporated*

Case No. 4:19-mc-80038-KAW    2    Joint Submission Regarding Qualcomm's Subpoena to Intel

**ATTORNEY ATTESTATION**

I, Mark D. Selwyn, hereby attest, pursuant to N.D. Cal. Local Rule 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: April 18, 2019                           By:  */s/ Mark D. Selwyn*
                                                     Mark D. Selwyn

Case No. 4:19-mc-80038-KAW        3        Joint Submission Regarding Qualcomm's
                                           Subpoena to Intel